

1  David S. Richman, Esq. (State Bar No. 94325)
   Theodora, Oringher, Miller & Richman, P.C.
2  2029 Century Park East, 6th Floor
   Los Angeles, California 90067-2907
3  Telephone: (310) 557-2009
   Telecopier: (310) 551-0283
4
5  Attorneys for Defendant
   Exquisite Multimedia, Inc.

LODGED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  Freeplay Music Corp., a New York          Case No. CV 07-04814 R (SSx)
    corporation,
12                                            **STIPULATION AND [~~PROPOSED~~]**
                    Plaintiff,                **ORDER RE TIME TO RESPOND**
13                                            **TO COMPLAINT**
14          vs.

15  Exquisite Multimedia, Inc., a California
    corporation, and Does 1 through 10,
16  inclusive,

17                  Defendants.

18



19                     **STIPULATION**

20      Plaintiff Freeplay Music Corp. ("Plaintiff") and Defendant Exquisite

21  Multimedia, Inc. ("Defendant"), hereby stipulate, through their attorneys of record,

22  that the time for Defendant to respond to the Complaint filed on July 25, 2007, has

23  been extended from October 1, 2007, to November 1, 2007.

24      Plaintiff has previously granted Defendant a 30 day extension to respond to

25  the Complaint from August 30, 2007, to October 1, 2007.  The parties have not

26  previously requested any continuance from this Court.

27      Good cause exists for the requested continuance because the parties have

28  reached a tentative settlement and need the requested continuance in order to

690275 1/21465 01001                          1

*Stipulation/[Proposed] Order Re Time To Respond To Complaint*

1 | prepare and implement the settlement papers before requesting a dismissal of this

2 | case with prejudice

3

4 | Dated. October __, 2007                    PICK & BOYDSTON, LLP

5

6

7 | By                                         Erik S Syverson

Attorneys for Plaintiff Freeplay Music Corp

8

9 | Dated. October __, 2007                    THEODORA, ORINGHER, MILLER & RICHMAN, P C

10

11

12 | By                                         David S Richman

13 | Attorneys for Defendant Exquisite Multimedia, Inc

14

15 | **ORDER**

16 | IT IS HEREBY ORDERED as set forth above

17

18 | Dated **Oct. 1, 2007**    By

19 | U. S DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

690275 1/21405 01001                                        2

*Stipulation/[Proposed] Order Re Time To Respond To Complaint*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2029 Century Park East, Sixth Floor, Los Angeles, California 90067-2907.

     On October 1, 2007, I served the following document(s) described as **STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I am "readily familiar" with Theodora Oringher Miller & Richman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on October 1, 2007, at Los Angeles, California.

Joan Warden

1    *Freeplay Music Corp. v. Exquisite Multimedia, Inc.*
     United States District Court

2

3    Erik Syverson, Esq.                          Attorneys for Plaintiff
     Pick & Boydston, LLP                         Freeplay Music Corp.
4    1000 Wilshire Boulevard, Suite 600
     Los Angeles, California 90017
5    Telephone: (213) 624-1996
     Facsimile: (213) 624-9073

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Theodora Oringher Miller & Richman PC*

2