Erik Syverson (State Bar No. 221933)
eriksyverson@gmail.com
Pick & Boydston, LLP
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017
T: 213-624-1996

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Freeplay Music Corp. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:07-CV-04814-R-SS |
| v. | |
| Exquisite Multimedia, Inc., et al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

| 11-15-07 | /Erik S. Syverson/ |
|---|---|
| Date | Signature of Attorney/Party |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)            NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

Freeplay Music Corp. v. Exquisite Multimedia, Inc. et al.    Doc. 6