AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | [FILED stamp] | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>CV07-04814 R (SSx)  DATE FILED | United States District Court, Central District of California<br>312 N. Spring Street, Los Angeles, CA  90012 |
| PLAINTIFF<br>Freeplay Music, Corp. | DEFENDANT<br>Exquisite Multimedia, Inc.; and Does 1 through 10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  SR337-201 | Acid Jazz Volume 1 | Freeplay Music, Inc. |
| 2 | | |
| 3 | | DOCKETED ON CM |
| 4 | | AUG - 2 2007 |
| 5 | | BY _____ 002 |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK SHERRI R. CARTER | (BY) DEPUTY CLERK  /s/ Verna Hogan | DATE 11/26/07 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Erik Syverson (State Bar No. 221933)
eriksyverson@gmail.com
Pick & Boydston, LLP
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017
T: 213-624-1996

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Freeplay Music Corp. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:07-CV-04814-R-SS |
| v. | |
| Exquisite Multimedia, Inc., et al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

| 11-15-07 | /Erik S. Syverson/ |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*